EXHIBIT A

# EXHIBIT A - The Complete Call Logs of 917-270-8822

| TXN ID | Short Code | Subscriber | Date/Time Stampt | Zone | Type | Description | Message Sent or Received |
|---|---|---|---|---|---|---|---|
| DAC875CC-D606-43EE-97FD-AF8E342B607A | 70416 | 9172708822 | 10/15/16 10:21 AM | CST | Received | Optin Request from Subscriber | 50 |
| 69F11ED5-B4F6-41CE-BE87-7E237F48A2FE | 70416 | 9172708822 | 10/15/16 10:21 AM | CST | Sent | Opt-in Confirmation (1/2) | Fairway Market: You're confirmed 4 our Mobile VIP Club! All coupons one/mobile (max18msg/mo). Text STOP to end, HELP for help + T&Cs. Msg&Data rates may apply |
| 00CBE44C-3F94-4F26-9C7F-9A1644793F4B | 70416 | 9172708822 | 10/15/16 10:21 AM | CST | Sent | Opt-in Confirmation (2/2) | Thanks for texting us. We are as excited as you are! We will send you more details on how to get $50 on Monday 10/17. |
| 696100D2-88EC-48E5-80A2-21EA1CBED753 | 70416 | 9172708822 | 10/17/16 6:00 PM | EST | Sent | Scheduled Text Message | Fairway Market: It's GO time! Get $50 starts today. Reply "50" in order to receive your link to sign up now. Reply STOP to opt-out. |
| C38C5958-F851-4D28-AD8A-BA70FCE72237 | 70416 | 9172708822 | 10/18/16 11:15 AM | CST | Sent | Scheduled Text Message | Fairway Market: Get $10 off when you tell us your preferred store: https://www.fairwaymarket.com/update-mobile/?mobile=9172708822  Reply STOP to opt-out. |
| 14D6B053-3F23-4A57-B367-60B467DE00B6 | 70416 | 9172708822 | 10/18/16 3:48 PM | CST | Received | Optout Request from Subscriber | STOP |
| A963C716-6BAA-4B67-A1A6-30F2E84CB6BF | 70416 | 9172708822 | 10/18/16 3:48 PM | CST | Sent | Optout Confirmation (1/2) | Fairway Market Alerts: You are opted out of all campaigns on 70416 & will receive no more msgs. Review your subscriptions: www.70416.mobi/?9172708822 |
| F62AA108-5736-4D49-B2CD-703ECA13B3E1 | 70416 | 9172708822 | 10/18/16 3:48 PM | CST | Sent | Optout Confirmation (2/2) | Let's do this! Here is your link to register for GET $50: https://m.fairwaymarket.com/mforms/registrationform.aspx?sid=7c53482e-8fb9-4b0a-bd35-c3252461a4e7 |