UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Craig Moskowitz, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Fairway Group Holdings Corp.,<br><br>Defendant. | Civil Action No.: 3:16-cv-01831-SRU<br><br><br><br><br><br>August 3, 2017 |

## MOTION TO ADMIT VISITING ATTORNEY JARROD D. SHAW

Pursuant to Local Rule 83.1(d), Defendant, by and through its counsel, Liam S. Burke, hereby moves this Court to permit Jarrod D. Shaw to appear *pro hac vice* in the above-captioned action on its behalf. The appearance and active participation of Mr. Shaw in this matter is necessary for the thorough and effective presentation of Fairway Group Holdings Corp.'s case. In support of this motion and based on the attached declaration, the undersigned states as follows:

 1. Jarrod D. Shaw is a partner at the law firm of McGuireWoods LLP, maintaining a business address at 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA 15222, telephone: 412-667-7907, facsimile: 412-402-4193, email: jshaw@mcguirewoods.com.

 2. Mr. Shaw is a member in good standing of the bars of New Jersey (Bar No. 015732004) and the Commonwealth of Pennsylvania (Bar No. 93459). Mr. Shaw is also admitted to practice before the U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of Pennsylvania; U.S. District Court for the Eastern District of Wisconsin, and the U.S. Court of Appeals for the Third Circuit.

3. There are no pending disciplinary complaints against Mr. Shaw as a member of the Bar of any jurisdiction. Mr. Shaw has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

4. Pursuant to Local Rule 83.1, Mr. Shaw designates Liam S. Burke, the undersigned sponsoring attorney, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of Mr. Shaw's admission.

5. If the Court grants this Motion, Mr. Shaw will file a certificate of good standing from the state of Pennsylvania within 60 days.

6. Mr. Shaw's Declaration in support of this Motion is attached as Exhibit A.

7. The requisite $75.00 fee has been paid.

WHEREFORE, defendant respectfully requests that this Court admit Jarrod D. Shaw to practice as a visiting attorney in this matter.

**FAIRWAY GROUP HOLDINGS CORP.**

BY: /s/ Liam S. Burke
Liam S. Burke (ct27739)
Carmody Torrance Sandak & Hennessey LLP
707 Summer Street
Stamford, CT 06901-1026
Phone: 203-252-2689
Fax: 203-325-8608
Email: lburke@carmodylaw.com

*Local Counsel for Fairway Group Holdings Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2017, a copy of the foregoing was filed electronically via CM/ECF.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                    /s/ Liam S. Burke
                                                       Liam S. Burke