Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: R. Jaiman / K. Schneider    RPTR/ECRO/TAPE: Sharon Masse
TOTAL TIME: 0 hours 51 minutes
DATE: 9/8/2017    START TIME: 1:52pm    END TIME: 2:43pm
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:16-cv-01831-SRU

| Craig Moskowitz | Sergei Lemberg |
|---|---|
|  | Plaintiff's Counsel |
| vs |  |
| Fairway Group Holdings Corp. | Jarrod D. Shaw |
|  | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☑ Motion hearing     ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ….# 19  Motion to Dismiss    ☑ granted ☐ denied ☐ advisement
☑ ….# 20  Motion to Dismiss    ☑ granted ☐ denied ☐ advisement
☐ ….#___ Motion___    ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___    ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___    ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___    ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___    ☐ granted ☐ denied ☐ advisement
☐ …..   Oral Motion___    ☐ granted ☐ denied ☐ advisement
☐ …..   Oral Motion___    ☐ granted ☐ denied ☐ advisement
☐ …..   Oral Motion___    ☐ granted ☐ denied ☐ advisement
☐ …..   Oral Motion___    ☐ granted ☐ denied ☐ advisement
☐ …..   ☐ Briefs(s) due ___ ☐ Proposed Findings due___ Response due___
☐ ……….   ___    ☐ filed ☐ docketed
☐ ……….   ___    ☐ filed ☐ docketed
☐ ……….   ___    ☐ filed ☐ docketed
☐ ……….   ___    ☐ filed ☐ docketed
☐ ……….   ___    ☐ filed ☐ docketed
☐ ……….   ___    ☐ filed ☐ docketed
☐ ……….   Hearing continued until _____ at _____

Notes: